UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|                           |   |                                    |
|---------------------------|---|------------------------------------|
| DEPOT AMERICA, INC.,      | : | CIVIL ACTION NO. 05-1522 (MLC)     |
|                           | : |                                    |
|    Plaintiff, | : | **MEMORANDUM OPINION**          |
|                           | : |                                    |
|    v.      | : |                                    |
|                           | : |                                    |
| DAVID LAZAR, et al.,      | : |                                    |
|                           | : |                                    |
|    Defendants. | : |                                |
|                           | : |                                    |

**THE PLAINTIFF ADVISING** the Court that the parties (1) "have reached a Final Judgment on Consent in this matter" (10-4-05 Pl. Stmt., at 1), and (2) "expect to submit the Final Judgment on Consent shortly" (id., at 2); and thus the Court intending to dismiss the complaint without prejudice to reopen if the settlement is not consummated; and the parties being advised — to protect their interests — they may still submit a "Final Judgment on Consent" in this action, even though the action will be marked as terminated by the Clerk of the Court; and for good cause appearing, the Court will issue an appropriate order and judgment.


                                   s/ Mary L. Cooper
                               **MARY L. COOPER**
                               United States District Judge